COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Dani Roisman

Appellate case number:   01-20-00828-CV

Trial court case number:  2017-45578

Trial court:              246th District Court of Harris County

Relator, Dani Roisman, has filed a petition for writ of mandamus challenging the trial court's order, signed November 22, 2020, holding him in contempt, ordering him confined, and suspending commitment on the condition that he pays the total amount of arrearage ($44,633.43) on or before 5:00 p.m. on January 4, 2021, and the attorney's fees ($12,500.00), which may be paid in equal monthly installments on the first day of January, February, March, and April, 2021.

Relator has also requested immediate emergency relief staying the trial court's November 22, 2020 order.

We **grant** relator's motion and order the trial court's order signed November 22, 2020, **stayed** pending disposition of this proceeding.

We further direct real party in interest, Gavriella Roisman, to file a response to the petition for writ of mandamus **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____
                           ☑ Acting individually    ☐ Acting for the Court

Date: ___December 21, 2020_____